United States District Court
Southern District of Texas
**ENTERED**
September 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAY BRINSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 4:21-cv-03086 |
| ) | |
| KANSAS CITY SOUTHERN RAILWAY ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING**
**DEFENDANT SPERRY RAIL, INC.'S MOTION TO TRANSFER VENUE**

After considering Defendant Sperry Rail, Inc.'s Motion to Transfer Venue (the "Motion"), this Court finds that the Motion has merit and should be granted. Therefore:

IT IS HEREBY ORDERED THAT Sperry Rail, Inc.'s Motion is GRANTED.

IT IS FURTHER ORDERED THAT this case, Cause No. 4:21-cv-03086, is TRANSFERRED to the United States District Court for the Eastern District of Texas, Beaumont Division. The Clerk of Court is authorized to take any such actions necessary to effectuate this transfer.

Dated this 30th day of September 2021.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE